106 P.3d 1121

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Darris | 25604 | 12/16/2004 | Affirmed |
| Doe, In re | 25299, 25300 | 12/29/2004 | Vacated & affirmed in part |
| Miner v. State | 25573 | 12/30/2004 | Affirmed, vacated & remanded |
| State v. Koli | 25877 | 12/30/2004 | Reversed |
| Mizukami v. Mizukami | 25928 | 01/04/2005 | Affirmed |
| Mizukami v. Mizukami | 26382 | 01/04/2005 | Affirmed |
| State v. Vaiaso | 25370 | 01/13/2005 | Affirmed |
| Davis v. State | 25983 | 01/21/2005 | Affirmed |
| Doe Children, In re | 25929 | 01/24/2005 | Affirmed |
| State v. Huddleston | 25632 | 02/09/2005 | Affirmed |
| Doe Children, In re | 25234, 26280, 26283 | 02/09/2005 | Affirmed |
| State v. Kaapuni | 25888 | 02/11/2005 | Affirmed in part & reversed in part |
| State v. Loher | 26000 | 02/11/2005 | Affirmed |
| Felipe v. State Farm Ins. Co. | 23466 | 02/24/2005 | Affirmed |
| State v. McLean | 26231 | 02/28/2005 | Affirmed |